FRANK R. UBHAUS, CA. STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA. STATE BAR NO. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388

ATTORNEYS FOR DEFENDANT ARNOLD ESTEP

**FILED**

JAN 2 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ARNOLD ESTEP, <br><br> Defendants. | No. CR 06 00025 JF (PVT) <br><br> ORDER GRANTING TRAVEL OUT OF DISTRICT |

GOOD CAUSE APPEARING, IT IS ORDERED that defendant ARNOLD ESTEP may travel to Las Vegas, Nevada from January 24, 2006 through January 27, 2006.

Prior to Mr. Estep's departure, he shall provide his travel itinerary to Pretrial Services.

Date: January 20, 2006

_Patricia V. Trumbull_
Hon. Patricia V. Trumbull
Magistrate Judge of the United States District Court
Northern District of California

\CEP\681477.1
01-011906-NEWNEW

ORDER GRANTING TRAVEL OUT OF DISTRICT