E-Filing

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARNOLD ESTEP, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 06-00025 JF <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |

On January 20, 2006, the undersigned parties appeared before the Court for an identification of counsel hearing in the above-captioned case. At that appearance, the undersigned parties stipulated and agreed to an exclusion of time under the Speedy Trial Act from January 20, 2006 to February 8, 2006 in order for the government to provide discovery to defense counsel. The parties agree that an exclusion of time is appropriate in order for effective preparation of defense counsel.

//

//

[PROPOSED] ORDER TO EXCLUDE TIME
CR 06-00025 JF

SO STIPULATED.

DATED:_____

KEVIN V. RYAN
United States Attorney

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED:_____

_____/s/_____
CHRISTIAN E. PICONE
Counsel for Mr. Estep

Accordingly, the Court HEREBY ORDERS that the time between January 20, 2006 and February 8, 2006 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated 1/31/06

PATRICIA V. TRUMBULL
United States Magistrate Judge

[PROPOSED] ORDER TO EXCLUDE TIME
CR 06-00025 JF

2