**E-filed 8/8/06**

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

[PROPOSED] ORDER TO EXCLUDE TIME
CR 06-00025 JF

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | No. CR 06-00025 JF |
| 2 | Plaintiff, ) ) | |
| 3 | v. ) ) | [P~~ROPOS~~ED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT |
| 4 | ARNOLD ESTEP, ) ) | CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |
| 5 | Defendant. ) | |

     Assistant United States Attorney Susan Knight and defendant Arnold Estep, through his counsel, Christian Picone, respectfully request that the status hearing currently scheduled for August 9, 2006 be rescheduled for September 13, 2006.  The parties stipulate and agree that this status date should be continued because Mr. Picone is continuing his investigation of the case.  In addition, Mr. Picone recently provided mitigating information that will require further investigation by the government.  Therefore, the parties request a continuance until September 13, 2006 at 9:00 a.m.  The parties also hereby stipulate and agree that the time between August 9, 2006 and September 13, 2006 be excluded from the Speedy Trial Act.  The parties agree that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel..

SO STIPULATED.                                   KEVIN V. RYAN
                                                 United States Attorney

DATED:_____                    _____/s/_____
                                                 SUSAN KNIGHT
                                                 Assistant United States Attorney


DATED:_____                    _____/s/_____
                                                 CHRISTIAN E. PICONE
                                                 Counsel for Mr. Arnold Estep


     Accordingly, the Court HEREBY ORDERS that the status hearing be continued from August 9, 2006 to September 13, 2006 at 9:00 a.m.

     Furthermore, the Court ORDERS that the time between August 9, 2006 and September

1   13, 2006 is excluded under the Speedy Trial Act.  The Court finds that the failure to grant the

2   requested continuance would deny the defendant effective preparation of counsel of counsel.

3   The Court finds that the ends of justice served by granting the requested continuance outweigh

4   the best interest of the public and the defendant in a speedy trial and in the prompt disposition of

5   criminal cases.  The Court therefore concludes that this exclusion of time should be made under

6   18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

7   IT IS SO ORDERED.

8      8/8/06
9   Dated                                   JEREMY FOGEL
                                            United States District Judge