FRANK R. UBHAUS, CA. STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA. STATE BAR NO. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388

ATTORNEYS FOR DEFENDANT ARNOLD ESTEP

FILED

SEP 14 2006

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARNOLD ESTEP,<br><br>Defendant. | No. CR 06 00025 JF (PVT)<br><br>STIPULATION AND ORDER AMENDING PRETRIAL TRAVEL RESTRICTIONS. |

### STIPULATION

Mr. Estep's employer increasingly requests that he travel out of the district. These requests sometimes occur with little or no warning. Mr. Estep also owns property in Arnold, California (Eastern District of California). Mr. Estep wants to remain a valued employee by traveling when requested. He also needs to travel to his property in Arnold.

The parties hereby stipulate that Arnold Estep's pretrial service travel restrictions should be amended to allow travel within the continental United States.

On September 13, 2006, Christian Picone discussed the amended travel restrictions with Mr. Estep's pretrial services officer, Laura Weigel. Ms. Weigel does not object to amending Mr. Estep's travel restrictions to include travel within the continental United States. Ms. Weigel requests that Mr. Estep provide her with his travel itinerary prior to departing the district.

SO STIPULATED.

Dated: September 13, 2006

BERLINER COHEN

By /s/Christian Picone
CHRISTIAN E. PICONE
ATTORNEYS FOR DEFENDANT
ARNOLD ESTEP

\CEP\681477.2
01-091306-15197001

STIPULATION AND ORDER AMENDING PRETRIAL TRAVEL RESTRICTIONS.

-1-

Dated: September 13, 2006

KEVIN V. RYAN
UNITED STATES ATTORNEY


By /s/Susan Knight
SUSAN KNIGHT
ASSISTANT UNITED STATES ATTORNEY

## ORDER

Good cause appearing therefore, and based upon the stipulation of the parties, it is hereby ordered that the travel condition of Arnold Estep's pretrial release is amended as follows: Mr. Estep's jurisdictional travel limitation is expanded to include the continental United States.

Prior to any out of district travel, Mr. Estep shall provide his complete travel itinerary to his Pretrial Service Officer.

Date: September 14, 2006

HONORABLE PATRICIA V. TRUMBULL
MAGISTRATE JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA