KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

      150 Almaden Blvd., Suite 900
      San Jose, California 95113
      Telephone: (408) 535-5056
      FAX: (408) 535-5066
      Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

[PROPOSED] ORDER TO CONTINUE HEARING
CR 06-00025 JF

| | |
|---|---|
| UNITED STATES OF AMERICA, | )     No. CR 06-00025 JF |
|      Plaintiff, | ) |
| | )     [~~PROPOSED~~] ORDER CONTINUING |
|      v. | )     STATUS HEARING |
| ARNOLD ESTEP, | ) |
|      Defendant. | ) |
| _____ | ) |

      Assistant United States Attorney Susan Knight and defendant Arnold Estep, through his counsel, Christian Picone, respectfully request that the status hearing currently scheduled for October 18, 2006 be continued to November 1, 2006.  The government needs additional time to complete its investigation of the case, which may lead to the dismissal of the charges.  In addition, Mr. Picone is unavailable on October 18th due to an appearance in state court.

//

//

//

SO STIPULATED.                 KEVIN V. RYAN
                                         United States Attorney

DATED:_____        _____/s/_____
                                         SUSAN KNIGHT
                                         Assistant United States Attorney

DATED:_____        _____/s/_____
                                         CHRISTIAN E. PICONE
                                         Counsel for Mr. Arnold Estep

      Accordingly, the Court HEREBY ORDERS that the status hearing be continued from October 18, 2006 to November 1, 2006 at 9:00 a.m.

IT IS SO ORDERED.

   10/18/06
_____        _____

1   Dated                              JEREMY FOGEL
                                       United States District Judge
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28