**E-filed 10/30/06**

1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

[PROPOSED] ORDER TO CONTINUE HEARING
CR 06-00025 JF

```
UNITED STATES OF AMERICA,        )    No. CR 06-00025 JF
                                 )
            Plaintiff,           )
                                 )    [PROPOSED] ORDER CONTINUING
        v.                       )    STATUS HEARING
                                 )
ARNOLD ESTEP,                    )
                                 )
            Defendant.           )
_____)
```

Assistant United States Attorney Susan Knight and defendant Arnold Estep, through his counsel, Christian Picone, respectfully request that the status hearing currently scheduled for November 1, 2006 be continued to November 15, 2006. The government needs additional time to complete its investigation of the case, which may lead to the dismissal of the charges.

//
//
//
//

SO STIPULATED.                          KEVIN V. RYAN
                                        United States Attorney

DATED:_____                    _____/s/_____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney


DATED:_____                    _____/s/_____
                                        CHRISTIAN E. PICONE
                                        Counsel for Mr. Arnold Estep



Accordingly, the Court HEREBY ORDERS that the status hearing be continued from November 1, 2006 to November 15, 2006 at 9:00 a.m.


IT IS SO ORDERED.

__10/30/06_____                      _____
                                        Judge Jeremy Fogel, US District Court

[PROPOSED] ORDER TO CONTINUE HEARING
CR 06-00025 JF                                              2

1 | Dated  JEREMY FOGEL
United States District Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER TO CONTINUE HEARING
CR 06-00025 JF                                    3