KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

ORIGINAL FILED
07 JAN -8 PM 3:36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

FILED
JAN 1 1 2007
CLERK, U.S.
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNOLD ESTEP,<br><br>    Defendant. | No. CR 06-00025 JF<br><br>NOTICE OF DISMISSAL<br><br>(San Jose Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED:
1/8/07

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Branch Office

NOTICE OF DISMISSAL
CR 06-00025 JF

1  Leave is granted to the government to dismiss the indictment.

2

3  Date: _____1-11-07_____

                                        JEREMY FOGEL
                                        United States District Judge