E-FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00025 JF/PVT |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER FINDING THAT WITNESS ANTHONY SCHEINOST HAS A LEGAL BASIS TO ASSERT HIS FIFTH AMENDMENT RIGHTS AT TRIAL IN <u>UNITED STATES V. ESTEP</u> |
| ARNOLD ESTEP, | ) | |
| Defendant. | ) | |

On January 3, 2007, the Court held a hearing on the government's pretrial motion to determine whether Anthony Scheinost has a legal basis to assert his Fifth Amendment rights at trial in the above-captioned case. Assistant United States Attorney Susan Knight and Anthony Scheinost were present at the hearing. James Dicks, who represents Mr. Scheinost, appeared by telephone. After AUSA Knight explained to the Court that she was informed by Mr. Dicks that Mr. Scheinost, a critical government witness, intended to assert his Fifth Amendment privilege at trial in <u>United States v. Estep</u>, the Court conducted an in camera hearing with Mr. Dicks. AUSA Knight left the room while the Court listened to Mr. Dicks' proffer regarding the legal theory supporting Mr. Scheinost's invocation of his Fifth Amendment privilege. After the Court completed its inquiry, AUSA Knight returned to the courtroom. The Court then found that Mr.

Scheinost has a legal basis to assert his Fifth Amendment rights if called to testify in <u>United States v. Estep</u>, specifically, he had a right to decline to respond to questions because the answers would tend to incriminate him in a federal crime or would furnish a link in the chain of evidence needed to prosecute him for a crime.

IT IS SO ORDERED.

DATED: 1/12/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

Distribute copies to:

AUSA Susan Knight
150 Almaden Blvd., Suite 900
San Jose, CA 95113

James Dicks, Esq.
400 South Melrose Drive, #109
Vista, CA 92081-6632

Christian E. Picone, Esq.
Ten Almaden Blvd., 8th Floor
San Jose, CA 95113-2233

2