**E-filed 4/10/07**

FRANK R. UBHAUS, CA STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT ARNOLD ESTEP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 06 00025 JF (PVT) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER EXONERATING BOND |
| v. | No Hearing Requested |
| ARNOLD ESTEP, | |
| Defendant. | |

### ORDER

Based upon the accompanying Stipulation to release bond and good cause appearing,

IT IS ORDERED that the bond posted by Arnold Estep in this matter is exonerated.

IT IS FURTHER ORDERED that Richard W. Weiking, clerk of the court, shall return Mr. Estep's passport to him.

SO ORDERED.

Date: 4/6/07

_/s/ Jeremy Fogel_
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

\CEP\704278.1
091406-15197001

CASE NO. CR 06 00025 JF (PVT)         -1-
ORDER EXONERATING BOND